District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MON RITH, DALIS SUN, AND SUPER VIDEO INC. doing business as GROCERY PLUS,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:19-cv-01582-BJR<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

### JOINT STATUS REPORT

Pursuant to FRCP 26, the applicable Local Rules and the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. 9), the parties, by and through the undersigned counsel, and having conducted an FRCP 26(f) conference on February 6, 2020, hereby submit this Joint Status Report and Discovery Plan.

**1. NATURE AND COMPLEXITY OF CASE**

This is a lawsuit against the United States seeking judicial review of the administrative decision by the Food and Nutrition Service of the United States Department of Agriculture to

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

permanently disqualify Plaintiff from participation in the Supplemental Nutrition Assistance Program (formerly known as the food stamps program) for trafficking in food stamps. Plaintiffs seek *de novo* review of the agency's final decision pursuant to 7 U.S.C. § 2023. Plaintiffs bear the burden of proving by a preponderance of the evidence that trafficking did not occur.  The United States denies Plaintiffs' allegations.

**2.   PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES**

The parties request 90 days for a deadline to join additional parties and amendment of pleadings.

**3.   CONSENT TO UNITED STATES MAGISTRATE JUDGE**

No.

**4.   PROPOSED DISCOVERY PLAN**

The parties participated in an FRCP 26(f) conference on February 6, 2020.

(A)   Initial Disclosures:

The parties exchanged Initial Disclosures on February 27, 2020.

(B)   Subjects, Timing, and Potential Phasing of Discovery

The parties anticipate the need to conduct discovery on all matters raised in the pleadings, including written discovery and depositions.  The parties intend to cooperate in coordinating and scheduling discovery, and will conduct discovery in good faith and as necessary.  This pledge, however, is not intended in any way to limit the scope of discovery or the rights of the parties as set forth by the Local and Federal Rules.  The parties do not see a need for discovery to be conducted in phases.  The parties propose that the discovery cut-off in this case be 120 days before trial.

(C)   Electronically Stored Information

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The parties do not anticipate any issues concerning the disclosure of, or discovery of, electronically stored information or data. If any issues arise, the parties will work together to resolve them.

    (D)    <u>Privilege Issues</u>

The parties agree to work together to resolve any issues that may arise concerning privileges.

    (E)    <u>Proposed Limitations on Discovery</u>

The parties agree that no limitations shall be made on discovery subject to the Federal and Local Rules.

    (F)    <u>Discovery Related Orders</u>

The parties filed a stipulated protective order to protect confidential, proprietary or private information exchanged in discovery. At this time, the parties do not anticipate the need for any additional orders under Local Rules 16 or 26.

**5.   PARTIES' VIEWS, PROPOSALS, AGREEMENTS ON LCR 26(f)(1) TOPICS**

    (A)    <u>Prompt Case Resolution</u>

The parties will work collaboratively towards the prompt resolution of this case.

    (B)    <u>Alternative Dispute Resolution</u>

The parties are open to ADR, but initial discovery will need to be completed for this process to be productive.

    (C)    <u>Related Cases</u>

There are no related cases.

    (D)    <u>Discovery Management</u>

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The parties will cooperate in good faith during discovery, use best efforts to comply with discovery requests, and act reasonably in propounding discovery. The parties will work together to resolve discovery disputes prior to filing any motions.

(E)     Anticipated Discovery Sought

The parties anticipate the need for written discovery and depositions on the issues raised in the pleadings.

(F)     Phasing Motions

The parties do not anticipate the need for phased discovery or phasing motions.

(G)     Preservation of Discoverable Information

The parties understand, and will comply with, their obligation to preserve discoverable information. The parties have been advised to preserve any electronically stored information relevant to this case.

(H)     Privilege Issues

The parties agree to work together to resolve any issues that may arise concerning privileges.

(I)     Model Protocol for Discovery of ESI

The parties will formulate a protocol for discovery of ESI as necessary.

(J)     Alternatives to Model Protocol

Alternatives to the Model Protocol will be discussed, if necessary.

**6. DISCOVERY DEADLINES**

The parties propose that the discovery cut-off in this case be 120 days before trial.

**7. BIFURCATION**

The parties agree that bifurcation is not appropriate for this matter.

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**8. PRETRIAL STATEMENTS AND PRETRIAL ORDER**

At this time, the parties believe the pretrial statements and pretrial order called for by Local Rule 16 should be maintained.

**9. SHORTENING OR SIMPLIFYING CASE**

The parties have no other suggestions at this time for shortening or simplifying the case.

**10. TRIAL DATE**

The parties anticipate that this matter will be ready for trial on December 7, 2020.

**11. JURY OR NON-JURY TRIAL**

Non-jury.

**12. NUMBER OF TRIAL DAYS**

The parties anticipate that trial will last 2-4 days.

**13. TRIAL COUNSEL**

Attorneys for Plaintiff

Bardi D. Martin, WSBA #39077
Boyle Martin, PLLC
200 West Thomas Street
Suite 420
Seattle, WA  98119
Phone:  206-217-9400
Fax:  206-217-9600

Attorneys for Defendant

Ashley C. Burns, NY Bar #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**14. AVAILABILITY OF COUNSEL**

The parties do not foresee any scheduling conflicts to be considered in setting a trial date at this time.

**15. SERVICE ON ALL DEFENDANT(S) OR RESPONDENT(S)**

Plaintiffs have properly served the United States in this case.

**16. SCHEDULING CONFERENCE**

Assuming the Court agrees with the case scheduling deadlines as proposed by the parties, the parties do not request a scheduling conference before the entry of a Case Scheduling Order.  Should the Court, however, determine the need to impose different deadlines, the parties request a scheduling conference.

**17. CORPORATE DISCLOSURE STATEMENT**

Plaintiff Super Video Inc. doing business as Grocery Plus filed its disclosure statement on December 4, 2019.

DATED this 5th day of March, 2020.

|  |  |
|---|---|
|  | BRIAN T. MORAN<br>United States Attorney |
| by: *s/ Bardi David Martin*<br>BARDI DAVID MARTIN, WSBA No. 39077<br>Boyle Martin, PLLC<br>200 West Thomas Street<br>Suite 420<br>Seattle, WA  98119<br>Phone:  206-217-9400<br>Fax:  206-217-9600<br>Email:  Bardi@boylemartin.com | *s/ Ashley C. Burns*<br>ASHLEY C. BURNS, NY Bar #5186382<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  Ashley.burns@usdoj.gov |
| Attorney for Plaintiffs | Attorney for Defendant United States |

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:19-CV-01582-BJR] - 6

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970