District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MON RITH, DALIS SUN, AND SUPER VIDEO INC. doing business as GROCERY PLUS,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:19-cv-01582-BJR<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER AND EXTEND PRE-TRIAL DEADLINES |

Based upon the parties' Joint Request to Modify Scheduling Order and Extend deadlines, as well as all the files, records, and proceedings herein, and for good cause shown, the Court orders that the following dates and deadlines shall govern this action:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | May 11, 2020 | *No change* |
| Discovery completed by | June 10, 2020 | August 10, 2020 |
| All dispositive motions must be filed by | July 10, 2020 | September 10, 2020 |
| All motions *in limine* must be filed by | November 2, 2020 | *No change* |
| Joint Pretrial Statement | November 9, 2020 | *No change* |

| Pretrial conference | November 23, 2020 | *No change* |
|---|---|---|

**IT IS SO ORDERED.**

DATED this 27th day of May, 2020.

_____
BARBARA J. ROTHSTEIN
United States District Court Judge